IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-01641-WYD -CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: November 22, 2011 | Courtroom Deputy: Emily Seamon |

| *Parties:* | *Counsel:* |
|---|---|
| DANIEL DINSMORE, and<br>JANELLE DINSMORE, | Doug Rossi |
| Plaintiffs, | |
| v. | |
| CNL INCOME EAGL WEST GOLF CLUB, LLC, a Delaware Limited Liability Company doing business as Arrowhead Golf Club, EVERGREEN ALLIANCE GOLF LIMITED, a Delaware Limited Partnership, Does 1 through 5, inclusive doing business as Arrowhead Golf Club,<br>ANGELA DEVINEY, and<br>CHARLES DEVINEY, a marital community, | Matthew McQuillan<br>Lelia Kathleen Chaney |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: TELEPHONIC DISCOVERY CONFERENCE**
**Court in Session: 11:34 a.m.**
Court calls case. Appearances of counsel.

Discussion between the Court and counsel regarding the Motion for Leave to File Third-Party Complaint [Doc. No. 27].

**ORDERED:** Motion for Leave to File Third-Party Complaint [Doc. No. 27] is **GRANTED**. The Court allows the Third-Party Complaint to be filed without prejudice to either any current party's right to move to sever that claim at trial, or without prejudice to the third-party defendant's right to challenge the sufficiency of the third-party claim. The Clerk of Court shall file the Third-Party Complaint attached to the

        motion [Doc. No. 27-2].  The motion hearing set for December 1, 2011 at 10:45 a.m. is **VACATED**.

Discussion regarding a discovery dispute regarding Defendant CNL Income's and Evergreen Golf's Privilege Log, serving discovery, serving a request for production regarding an insurance company's claims file, and Rule 34.

Hearing concluded.
**Court in recess**:	**11:55 a.m.**
Total time in court:	00:21

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.