IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    11-cv-01641-WYD-CBS

DANIEL DINSMORE; and
JANELLE DINSMORE,

    Plaintiffs,

v.

DOES 1 through 5; and
ANGELA DEVINEY and CHARLES DEVINEY,
a marital community;

    Defendants.

v.

CNL INCOME EAGL WEST GOLF CLUB, LLC, d/b/a
ARROWHEAD GOLF CLUB,
a Delaware Limited Liability Company; and
EVERGREEN ALLIANCE GOLF LIMITED, d/b/a
ARROWHEAD GOLF CLUB,
a Delaware Limited Partnership; and

    Defendants/Third-Party Plaintiffs,

v.

AMY JACKSON, BRIAN DEVINEY,
JAMES JACKSON, and KELLY JACKSON,

    Third-Party Defendants

~~Third-Party Defendants~~

**ORDER OF DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE**

    THIS MATTER comes before the Court on the parties' Stipulation for

Dismissal *With Prejudice* of Plaintiffs' Claims Against Defendants Angela Deviney and

Charles Deviney and Defendants/Third Party Plaintiffs CNL Income Eagl West Golf Club, L.L.C. and Evergreen Alliance Golf Limited, [ECF No. 65], filed August 7, 2012.   After carefully reviewing the above-captioned case, I find that the parties' Stipulation For Dismissal should be affirmed and the specific claims against Angela Deviney and Charles Deviney and Defendants/Third Party Plaintiffs CNL Income Eagl West Golf Club, L.L.C. and Evergreen Alliance Golf Limited should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).   Accordingly, it is

ORDERED that the parties' Stipulation for Dismissal *With Prejudice* of Plaintiffs' Claims Against Defendants Angela Deviney and Charles Deviney and Defendants/Third Party Plaintiffs CNL Income Eagl West Golf Club, L.L.C. and Evergreen Alliance Golf Limited, [ECF No. 65], filed August 7, 2012, is **APPROVED**.   In accordance therewith, Plaintiffs' claims against Defendants Angela Deviney and Charles Deviney and Defendants/Third Party Plaintiffs CNL Income Eagl West Golf Club, L.L.C. and Evergreen Alliance Golf Limited are **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.   It is

FURTHER ORDERED that the parties shall file a status report indicating which issues are remaining for this court to resolve on or before **Tuesday, August 14, 2012.**

Dated:   August 7, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE