IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01641-WYD-CBS

CNL INCOME EAGL WEST GOLF CLUB, LLC, d/b/a
ARROWHEAD GOLF CLUB, a Delaware limited liability company,
EVERGREEN ALLIANCE GOLF LIMITED, d/b/a
ARROWHEAD GOLF CLUB,

    Third Party Plaintiffs,

v.

AMY JACKSON;
BRIAN DEVINEY;
JAMES JACKSON; and,
KELLEY JACKSON,

    Third Party Defendants.

---

### ORDER DISMISSING CASE WITH PREJUDICE

---

THIS MATTER comes before the Court on the parties' Stipulation Of Dismissal

With Prejudice [ECF No. 77], filed on November 2, 2012.  After carefully reviewing the

above-captioned case, I find that the stipulation should be approved and this case

should be dismissed with prejudice pursuant to Rule 41(a)(2) of the FEDERAL RULES of

CIVIL PROCEDURE.  Accordingly, it is

    ORDERED that the parties' Stipulation Of Dismissal With Prejudice [ECF No.

77], filed on November 2, 2012, is **APPROVED**.  In accordance therewith, this matter is

**DISMISSED WITH PREJUDICE**.  Each party bears its own attorney fees and costs.

    DATED:  November 7, 2012.

BY THE COURT:


/s/ Wiley Y. Daniel
Wiley Y. Daniel,
Chief U.S. District Judge